DAVID C. ALLEN (SBN 190479)
david.allen@btlaw.com
KELLEY S. OLAH (SBN 245180)
kelley.olah@btlaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
gathompson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:     (310) 284-3880
Facsimile:      (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. n/k/a MEDICAL
DEVICE BUSINESS SERVICES INC.; JOHNSON &
JOHNSON (erroneously sued as "Johnson & Johnson,
Inc."); JOHNSON & JOHNSON SERVICES, INC.;
PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN
STATE ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET E. BALDWINSON and EDWARD BALDWINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No.  CV18-02165-SBA<br><br>**ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed:  March 6, 2018 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiffs

MARGARET E. BALDWINSON and EDWARD BALDWINSON and Defendants DEPUY

ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., PINNACLE WEST ORTHOPAEDICS, INC., GOLDEN STATE ORTHOPAEDICS, INC., THOMAS SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 18, 2018

*Saundra B Armstrong*
UNITED STATES DISTRICT COURT JUDGE

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -   CV18-02165-SBA

ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

# **CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On April 18, 2018, I served a copy of the within document(s):

**[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**

on the interested party(ies) below:

Khaldoun A. Baghdadi
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street
26th Floor
San Francisco, CA  94108-2615
Telephone:  (415) 981-7210
Facsimile:  (415) 391-6965
**Attorneys for Plaintiff**

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2018, at Los Angeles, California.

_____
Jerod Williams

BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES